**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

NORMAN WINGER,

        **Plaintiff,**

-vs-                            Case No. 6:05-cv-768-Orl-28DAB

HARRIS CORPORATION,

        **Defendant.**

_____

# ORDER

This cause is before the Court on Defendant's Motion to Dismiss Plaintiff's Amended Complaint and Strike Jury Demand (Doc. 13, filed June 17, 2005). Plaintiff has not timely filed a response. Accordingly, Defendant's Motion to Dismiss Plaintiff's Amended Complaint is **GRANTED** and Plaintiff's Amended Complaint is **DISMISSED without prejudice.**

**DONE** and **ORDERED** in Chambers, Orlando, Florida this _11_ day of July, 2005.

                                        JOHN ANTOON II
                                        United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party